Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18–31868–MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David L. Rosalin Jr.  
dba Heel Quick, LLC  
449 Anchor Avenue  
Tuckerton, NJ 08087–2401

Social Security No.:  
xxx–xx–4808

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019  
JAN: kmf

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
David L. Rosalin, Jr.  
    Debtor

Case No. 18-31868-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 11, 2019  
                       Form ID: 148     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.

```
db              David L. Rosalin, Jr.,    449 Anchor Avenue,    Tuckerton, NJ 08087-2401
517944324      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
517851949      +Central Credit Services, LLC,    PO Box 390915,    Minneapolis, MN 55439-0911
517961980      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517851951       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
517884037      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
517851952       Fulton Bank of NJ,    PO Box 6354,    Fargo, ND 58125-6354
517924894      +NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517851953      +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
517949243       Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
517950256      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517851946       EDI: AMEREXPR.COM Jan 12 2019 04:48:00     American Express Gold Card,    PO Box 1270,
                 Newark, NJ 07101-1270
517891939       EDI: BECKLEE.COM Jan 12 2019 04:48:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517851947       EDI: CAPITALONE.COM Jan 12 2019 04:48:00     Capital One Bank (USA) N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517903998       EDI: CAPITALONE.COM Jan 12 2019 04:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517851950       EDI: CHASE.COM Jan 12 2019 04:48:00     Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
517851948       EDI: DISCOVER.COM Jan 12 2019 04:48:00     Discover Card,    PO Box 30203,
                 Salt Lake City, UT 84130-0203
517851956      +E-mail/Text: fggbanko@fgny.com Jan 12 2019 00:21:19     Discover Bank,
                 c/o Forster Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
517861894       EDI: DISCOVER.COM Jan 12 2019 04:48:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517963760       E-mail/Text: ar@figadvisors.com Jan 12 2019 00:22:33
                 FIG as Custodian for FIG NJ18, LLC and Secured Par,    PO Box 54472,
                 New Orleans, Louisiana 70154-4472
517963371       EDI: PRA.COM Jan 12 2019 04:48:00     Portfolio Recovery Associates, LLC,
                 C/O U.S. Bank National Association,    POB 41067,    Norfolk VA 23541
517963363       EDI: PRA.COM Jan 12 2019 04:48:00     Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
517853817      +EDI: RMSC.COM Jan 12 2019 04:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517851954       EDI: TFSR.COM Jan 12 2019 04:48:00     Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
517851955       EDI: RMSC.COM Jan 12 2019 04:48:00     Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                                                                                                  Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas P. Lutz    on behalf of Debtor David L. Rosalin, Jr. tl.kloffices@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```